

ORDERED in the Southern District of Florida on August 19, 2020.



**Peter D. Russin, Judge United States Bankruptcy Court**

___

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  German Olarte  
       Ana I. Olarte

Case No.: 10-14037-PDR  
Chapter 7

_____Debtors_____/

## ORDER REOPENING CASE TO AMEND SCHEDULES TO ADD OMITTED CREDITOR(S)

THIS MATTER came before the Court:

☒ upon the debtor's Motion to Reopen Case to Amend Schedules to Add Omitted Creditors (the "Motion") pursuant to 11 U.S.C. §350, Bankruptcy Rule 5010, and Local Rule 5010-1(B), filed pursuant to Local Rule 9013-1(D)(3)(i).  Accordingly, it is

☐ for hearing on _____ upon the debtor's Motion to Reopen Case to Amend Schedules to Add Omitted Creditors (the "Motion") pursuant to 11 U.S.C. §350, Bankruptcy Rule 5010, and Local Rule 5010-1(B).  For the reasons stated on the record, it is

**ORDERED** as follows:

1.    This case is reopened.  No trustee shall be appointed.

2.    Within 14 days from the entry of this order, the debtor shall amend the schedules (and pay applicable amendment fee) to add the name(s) and address(es) of

LF-37 (rev. 01/17/18)

the creditor(s) and related information previously omitted from the original schedules. A supplemental matrix of creditors as required by the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" and Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" must accompany the amended schedules.

3. The debtor (or the debtor's attorney) is directed to furnish to all affected creditors a complete copy of (a) this order; (b) the clerk's original notice of meeting of creditors as required under Local Rule 1009-1(D); and (c) the order discharging the debtor. The debtor shall file a certificate of service as required under Local Rule 2002-1(F).

4. Each affected creditor shall have sixty (60) days from the date of service of this order to file an adversary proceeding to determine whether the debt subject to amendment is dischargeable under 11 U.S.C. §523(a)(3)(B) because it is of a kind specified in paragraph (2), (4), or (6) of 11 U.S.C. §523(a). If a creditor fails to timely file such a complaint, then such creditor has waived the right to argue that the debt subject to such amendment is excepted from discharge under §523(a)(3)(b).

###

**Submitted by:**

Robert Sanchez, Esq.
Robert Sanchez, P.A.
355 West 49 Street
Hialeah, FL 33012
Tel. (305)-687-8008
**Copies to:**
Robert Sanchez, Esq. is directed to serve a copy of this order to all interested parties and to file a Certificate of Service with the Clerk of the Bankruptcy Court.